# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF INDIANA

# SOUTH BEND DIVISION

IN RE:  
                                              CASE NO. 10-35081

Joseph Louis Harris and  
Betty Jo Harris  
           Debtor(s)          CHAPTER 13

## NOTICE OF APPEARANCE

     Comes now Krisor & Associates, by Brooks J. Grainger for Advanced Equity and enters his appearance in this case.

                                    KRISOR & ASSOCIATES

                       BY:   /s/ Brooks J. Grainger  
                                  Brooks J. Grainger (19362-1)  
                                  Attorney for Creditor  
                                  P.O. Box 6200  
                                  South Bend, IN 46660-6200  
                                  (574) 272-1000

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served upon Joseph Louis Harris and Betty Jo Harris, Debra Voltz-Miller, 1951 East Fox, South Bned, IN 46613, Debra L. Miller, PO Box 11550, South Bend, IN 46634, U.S. Trustee, Nancy J. Gargula, One Michiana Square, 5th Floor, 100 East Wayne Street, South Bend, IN 46601, via electronic mail, this 8th day of December 2010.

                                             /s/ Brooks J. Grainger  
                                           Brooks J. Grainger